**SARA M. PELOQUIN**
California State Bar No. 254945
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Sara_Peloquin@fd.org

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.:   16MJ3837 |
| Plaintiff, | **NOTICE OF APPEARANCE AS LEAD COUNSEL** |
| v. | |
| NOE LOPEZ, | |
| Defendant. | |

Pursuant to the CM/ECF procedures in the United States District Court for the Southern District of California, Sara M. Peloquin, Federal Defenders of San Diego, Inc., hereby gives notice that she is lead counsel in the above-captioned case.

Respectfully submitted,

Dated:  December 19, 2016        */s/ Sara M. Peloquin*
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
Email:  Sara_Peloquin@fd.org

## CERTIFICATE OF SERVICE

Counsel for the Defendant certifies that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Michael J. Heyman
Assistant U.S. Attorney

Respectfully submitted,

Dated:  December 19, 2016          */s/ Sara M. Peloquin*
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
Email:  Sara_Peloquin@fd.org