LAURA E DUFFY
United States Attorney
MICHAEL J. HEYMAN
California Bar No. 218147
Assistant United States Attorney
Office of the United States Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-9615
michael.heyman@usdoj.gov

Attorneys for the United States

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br> NOE LOPEZ,<br><br>              Defendant | Case No.: 16MJ3837-JLB<br><br><br>**JOINT MOTION FOR PROTECTIVE ORDER** |

The parties, UNITED STATES OF AMERICA, by and through its counsel Laura E. Duffy, United States Attorney, and Michael J. Heyman, Assistant United States Attorney, and defendant NOE LOPEZ, through his defense counsel, Sara Peloquin, hereby jointly move, pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, for this Court to enter a protective order in order to protect confidential and sensitive information that may be produced in this case, including, without limitation: (1) premature and unwarranted disclosure personal information of witnesses and (2) sensitive law enforcement information (collectively, the "Protected Discovery").

The parties, therefore, jointly move and agree as follows:

(1)   The United States shall identify all discovery that it determines to be Protected Discovery with a Confidential stamp or similar marking on the Protected Discovery.

(2)   The defendant, his counsel of record, and counsel's paralegals, law clerks, secretaries, experts, investigators, assistants, office personnel and employees shall not disclose the substance of any Protected Discovery received from the United States in the above-captioned matter to any third party without prior approval of this Court.

(3)   The defendant's counsel of record, including paralegals, law clerks, secretaries, investigators, assistants, office personnel and employees may orally convey the information contained in Protected Discovery to defendant, but shall not provide defendant a copy of the Protected Discovery, whether in original form or any other form conveying the substance of the Protected Discovery.

(4)   The United States Attorney and the Assistant United States Attorneys assigned to this case (hereafter collectively referred to as the "United States") and their assistants, the defendant, his counsel and counsel's assistants, shall not disclose the substance of any Protected Discovery produced to the defendant or obtained by the United States from the defendant, unless such material is already a matter of public record, to representatives of the media or other third parties not involved in any way in the investigation or prosecution of the case.

(5)   Nothing contained herein shall prevent the United States, or defendant or his counsel, from disclosing such otherwise Protected Discovery to any other attorneys working for the United States, the defendant or his counsel, government agents (federal, state or local), paralegals, law clerks, secretaries, experts, investigators, assistants,

*JOINT MOTION FOR PROTECTIVE ORDER*
2
16MJ3837-JLB

office personnel, employees, and any other person who is working for the United States or defendant and his counsel (collectively referred to as "assistants") in the investigation or preparation of this case or, with respect to the United States and its assistants only, in other criminal investigations, without prior court order.  Further, nothing contained herein shall preclude the United States, defendant or his counsel, or counsel's respective assistants from conducting an investigation of the facts of this case on behalf of the United States or said defendant, or with respect to the United States and its assistants only, from conducting an investigation of other criminal activity, including interviewing witnesses disclosed by said discovery materials, or from taking statements from witnesses disclosed by said discovery materials, or from asking said witnesses if they themselves have made prior statements to the United States that are disclosed in the discovery materials, and about the contents of such statements.  In connection with any such investigation, it shall not be necessary that the United States, the defendant or his counsel, or counsel's respective assistants, obtain prior permission of this Court.

(6) The parties jointly move and agree that, should counsel withdraw or be disqualified from participation in this case, any Protected Discovery received and any copies derived therefrom, shall be returned to the United States within 10 days.

//

//

//

//

//

*JOINT MOTION FOR PROTECTIVE ORDER*     3                    16MJ3837-JLB

(7)   Each counsel shall be required to communicate the substance of this order and explain it to their clients and assistants before disclosing the substance of the Protected Discovery to their clients or assistants.

(8)   This agreement and any order entered pursuant hereto shall remain in full force and effect in the subsequent criminal case that will be created upon indictment or information.

DATED: December 28, 2016          /s/ *Michael Heyman*
                                  MICHAEL HEYMAN
                                  Assistant United States Attorney


DATED: December 28, 2016          /s/ *Sara Peloquin*
                                  SARA PELOQUIN
                                  Counsel for Defendant

LAURA E DUFFY
United States Attorney
MICHAEL J. HEYMAN
California Bar No. 218147
Assistant United States Attorney
Office of the United States Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-9615
michael.heyman@usdoj.gov

Attorneys for the United States

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 16MJ3837-JLB |
|---|---|
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| NOE LOPEZ, | |
| Defendant | |

IT IS HEREBY CERTIFIED THAT:

I, Michael J. Heyman, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action.  I have caused service of JOINT MOTION FOR PROTECTIVE ORDER on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1.   Sara Peloquin, Attorney for Defendant

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 28, 2016.    /s/ *Michael J. Heyman*_____
                                  Michael J. Heyman

*JOINT MOTION FOR PROTECTIVE ORDER*                5                              16MJ3837-JLB