

**FILED**

JAN 0 4 2017

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 16MJ3837-AGS |
| Plaintiff, | |
| v. | **PROTECTIVE ORDER** |
| NOE LOPEZ, | |
| Defendant | |

Pursuant to the Joint Motion by the United States and the defendant NOE LOPEZ under Rule 16(d) of the Federal Rules of Criminal Procedure for this Court to enter a protective order to protect confidential and sensitive information, including, without limitation: (1) premature and unwarranted disclosure personal information of witnesses and (2) sensitive law enforcement information (the "Protected Discovery"), it is hereby ordered as follows:

**IT IS HEREBY ORDERED THAT** the United States shall identify all discovery that it determines to be Protected Discovery with a Confidential stamp or similar marking on the Protected Discovery.

**IT IS HEREBY FURTHER ORDERED THAT** the defendant, his counsel of record, and counsel's paralegals, law clerks, secretaries, experts, investigators, assistants, office personnel and employees shall not disclose the substance of any Protected Discovery received from the United States in the above-captioned matter to any third party without prior approval of this Court.

**IT IS HEREBY FURTHER ORDERED THAT** the defendant's counsel of record, including paralegals, law clerks, secretaries, investigators,

assistants, office personnel and employees may orally convey the information contained in Protected Discovery to the defendant, but shall not provide the defendant a copy of the Protected Discovery, whether in original form or any other form conveying the substance of the Protected Discovery.

**IT IS HEREBY FURTHER ORDERED THAT** the United States Attorney and the Assistant United States Attorneys assigned to this case (hereafter collectively referred to as the "United States") and their assistants, the defendant, his counsel and counsel's assistants, shall not disclose the substance of any Protected Discovery produced to the defendant or obtained by the United States from the defendant, unless such material is already a matter of public record, to representatives of the media or other third parties not involved in any way in the investigation or prosecution of the case.

**IT IS HEREBY FURTHER ORDERED THAT** nothing contained herein shall prevent the United States, or the defendant or his counsel, from disclosing such otherwise Protected Discovery to any other attorneys working for the United States, the defendant or his counsel, government agents (federal, state or local), paralegals, law clerks, secretaries, experts, investigators, assistants, office personnel, employees , and any other person who is working for the United States or the defendant and his counsel (collectively referred to as "assistants") in the investigation or preparation of this case or, with respect to the United States and its assistants only, in other criminal investigations, without prior court order. Further, nothing contained herein shall preclude the United States, the defendant or his counsel, or counsel's respective assistants from conducting an investigation of the facts of this case on

*PROTECTIVE ORDER*                    2                    16MJ3837-AGS

behalf of the United States or said defendant, or with respect to the United States and its assistants only, from conducting an investigation of other criminal activity, including interviewing witnesses disclosed by said discovery materials, or from taking statements from witnesses disclosed by said discovery materials, or from asking said witnesses if they themselves have made prior statements to the United States that are disclosed in the discovery materials, and about the contents of such statements.  In connection with any such investigation, it shall not be necessary that the United States, the defendant or his counsel, or counsel's respective assistants, obtain prior permission of this Court.

**IT IS HEREBY FURTHER ORDERED THAT** the parties jointly move and agree that, should counsel withdraw or be disqualified from participation in this case, any Protected Discovery received and any copies derived therefrom, shall be returned to the United States within 10 days.

**IT IS HEREBY FURTHER ORDERED THAT** each counsel shall be required to communicate the substance of this order and explain it to their clients and assistants before disclosing the substance of the Protected Discovery to their clients or assistants.

**SO ORDERED.**

DATED: JAN. 4, 2017

Honorable Andrew G. Schopler
United States Magistrate Judge

*PROTECTIVE ORDER*

3

16MJ3837-AGS